UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA FRANCES,<br><br>        Plaintiff,<br><br>    v.<br><br>ACCESSIBLE SPACE, INC., et al.<br><br>        Defendants. | No. 2:16-cv-1016-JAM-GGH<br><br><br><br>ORDER TO SHOW CAUSE |

On October 18, 2017 defendant filed a motion to dismiss the complaint in this matter and noticed it for hearing in courtroom 9 before the undersigned on December 7, 2017. Pursuant to Eastern District of California Local Rule No. 230(c) plaintiff's Opposition, or a Statement of Non-Opposition to that motions is to be filed 14 days before the scheduled hearing date, so in this case plaintiff was to file one of the other of the foregoing documents by November 23, 2017. The court has received no filing from plaintiff.

Plaintiff shall show cause within fourteen (14) days of the date of this Order why she failed to file timely in response to defendant's motion to dismiss and why this court should not treat the failure to do so as the equivalent of a Statement of Non-Opposition, and therefore why the defendant's motion should not be granted as unopposed, or why other sanctions should not be imposed. Plaintiff may also file an Opposition to the motion simultaneously with her response to this Order. If plaintiff desires this lawsuit to move forward, she must participate in the lawsuit *she* filed.

1

In the meantime the defendant's pending Motion shall be removed from the calendar and the matter will be taken under submission for rescheduling if an Opposition is received or for further action by the court if it is not.

In light of the foregoing IT IS HEREBY ORDERED that:

1. Plaintiff shall file a Response to this Order within 30 days of its issuance;

2. Plaintiff may simultaneously file an Opposition to defendant's pending Motion to Dismiss with the foregoing response;

3. The Clerk of the Court shall remove defendant's Motion to Dismiss from the court's December 7, 2017 calendar.

Dated: November 30, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE