UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA FRANCES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACCESSIBLE SPACE, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1016-JAM-GGH<br><br><br>ORDER |

  Plaintiff appears in this personal injury action pro se and in forma pauperis. On April 30, 2018 the magistrate judge to whom the matter was assigned issued Findings and Recommendations recommending that defendants' Motion to Dismiss be DENIED with the exception of the 42 U.S.C. section 2000a claim and allowing plaintiff an opportunity to amend that claim if she indicated that intent in any objections she filed to the magistrate judges Recommendations. ECF No. 37. The parties were given twenty-one (21) days to file any objections to the foregoing. Id. No party has filed objections.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file and the magistrate judge's findings and recommendations the court ADOPTS the findings and recommendations in full.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' Motion to Dismiss is DENIED with the exception of plaintiff's 42U.S.C. section 2000a claim which is DISMISSED;

2. Defendants shall file an Answer to plaintiff's Complaint within 30 days of the filing of this Order.

DATED: May 30, 2018

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE