1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANGELICA FRANCES,                          No.  2:16-cv-01016-JAM-GGH

12                  Plaintiff,                   ORDER

13         v.

14   ACCESSIBLE SPACE, INC., et al.,

15                  Defendants.

16

17         Plaintiff appears in this 42 U.S.C. section 3606 federal Fair Housing Act matter[1] pro se.

18   The defendant having answered the complaint on May 29, 2018.  ECF No. 40.  All earlier

19   pending motions have been resolved by orders of this court.  Therefore, it is time to move this

20   matter toward resolution.

21         In light of the foregoing IT IS HEREBY ORDERED THAT:

22         1.     To the degree they have not already done so, the parties are exchange documents

23   pursuant to Federal Rule of Civil Procedure 26(a) within 14 days of the date this Order is served.

24         2.     The parties shall then meet and confer within 30 days of the date of this Order to

25   arrive at a discovery plan pursuant to Federal Rule of Civil Procedure 26(f).  During that meet

26   and confer session the parties shall also prepare a Joint Scheduling Statement addressing the

27   _____

28   [1]  This is the controlling allegation but there are other claims at issue as well.

                                            1

following issues:

        a.  Status of Service of Process

        b.  Joinder of Parties/Amendments Contemplated

        c.  Jurisdiction and Venue

        d.  Discovery cut off dates[2] for:

        e.  Percipient witnesses

        f.  Expert witnesses

        g.  Last day for dispositive motions to be heard keeping in mind the 28 day notice for hearing required by Eastern District of California Local Rule 230

        h.  Date for disclosure of experts to be presented at trial

        i.  Date for disclosure of supplemental or rebuttal experts to be presented at trial.

        j.  Date for Final Pretrial Conference.

        k.  Date for trial with designation regarding whether a jury trial or a court trial is to be held.

        l.  Miscellaneous Provisions the parties request to be included in a Scheduling Order.

    3.      Upon receipt of the foregoing Joint Scheduling Statement the court will issue a formal Scheduling Order that will establish the course of the litigation going forward.

**IT IS SO ORDERED.**

Dated: June 15, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

---

[2] The cut-off dates selected shall refer to a date when all depositions have been taken and any discovery disputes regarding witness testimony have been resolved by properly noticed and heard Motion to Compel.