# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANGELICA FRANCES, | No. 2:16-cv-01016-JAM-GGH |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ACCESSIBLE SPACE, INC., | |
| Defendant. | |

On July 18, 2018 plaintiff filed a copy of her Rule 26(a) Disclosure with the court. ECF No. 45. Plaintiff is hereby informed that discovery materials exchanged by the parties are *not* to be filed with the court unless such filing is made in conjunction with a motion pending before the court. The next filing due by the parties is the Joint Scheduling Statement discussed in the court's Order of June 18, 2018, ECF No. 43, which directed that this filing was to be made after the parties have met and conferred with regard to development of a discovery plan as prescribed in Federal Rule of Civil Procedure 26(f). The meet and confer should have already have been held and the Joint Scheduling Statement should be filed within 30 days of the service of this Order.

**IT IS SO ORDERED.**

Dated: July 26, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1