UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA FRANCES,<br><br>    Plaintiff,<br><br>    v.<br><br>ACCESSIBLE SPACE, INC., et al.,<br><br>    Defendants. | No. 2:16-cv-01016-JAM-GGH<br><br>ORDER |

    Plaintiff appears in this personal injury action pro se and in forma pauperis. On May 29, 2018 the magistrate judge to whom the matter was assigned issued Findings and Recommendations recommending that plaintiff's Motion for a Restraining Order should be denied as moot. ECF No. 39. Parties were given fourteen (14) days to file any objections to the foregoing. Id. Plaintiff filed what was denominated as a Response to defendants' Opposition to her Motion, ECF No. 42, which the court views as objections to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file and the magistrate judge's findings and recommendations the court ADOPTS the findings and recommendations in full.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for a Restraining Order is DENIED;
2. The Clerk of the Court shall remove the gavel on ECF No. 39 on the court's docket.

October 24, 2018

                                                John A. Mendez_____

                                                United States District Court Judge